**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Barrington ISAACS, a/k/a Orville Griswold, Defendant–Appellant.**

**No. 14–6135.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 20, 2014.

Decided: May 23, 2014.

Barrington Isaacs, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina; Peter Thomas Phillips, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barrington Isaacs appeals the district court's orders denying his motion for an evidentiary hearing and denying his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Isaacs*, No. 2:98–cr–00356–DCN–3 (D.S.C. Dec. 16, 2013 & Jan. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*